UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:06-mj-59 D2

FILED
MAR 1 4 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| ELIZABETH HEFFNER PARKER | ) | |

The United States Attorney charges that:

On or about February 15, 2006, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, ELIZABETH HEFFNER PARKER, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, such property having a value of less than $1,000.00, in violation of Title 18, United States Code, Section 641.

FRANK D. WHITNEY
United States Attorney

By: _____
FREDERICK A. CONGDON
Special Assistant U.S. Attorney
Criminal Division