CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

OFFICIAL BUSINESS
US District Court
2 Princess Street, Room 239
Wilmington, NC 28401

Elizabeth Heffner Parker
301 Village Drive, Apt. 8C
Jacksonville, NC 28546-7748

7:05-mj-59

☐ A — INSUFFICIENT ADDRESS
☐ C — ATTEMPTED NOT KNOWN
☐ S — NO SUCH NUMBER/ STREET
☐ — NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

RTS — RETURN TO SENDER

RECEIVED JUL 27 2006
COASTAL CAROLINA AREA

02 1P
0002196162
MAILED FROM ZIP CODE 28401
JUL 11 2006
$ 000.39⁰
PITNEY BOWES

...trict Court
...of North Carolina

...ty Clerk, LE entered on 7/11/2006 at 2:23 PM EDT

...nitial Appearance set for 8/9/2006 08:30 AM in
...hington, NC - 2 Princess Street, Alton Lennon
...BITED IN THE FEDERAL BUILDING ** cc to
...Wilm, CSO. (Deputy Clerk, LE)

...transaction:

...to:

...nil, Leslie.Langenberg@usdoj.gov;
...c.mil

...ans to: