UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:06-M-59

UNITED STATES OF AMERICA )
) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
ELIZABETH HEFNER PARKER )

Leave of court is granted for the filing of the foregoing dismissal.

April 30, 2014
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE